# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN R. ROSS,<br><br>                    Plaintiff,<br><br>        v.<br><br>WILLIAM MCGUINNESS, M.D., et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:08-cv-00306-AWI-GSA PC<br><br>ORDER ADOPTING FINDING AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Docs. 3 and 7) |

Plaintiff Alvin R. Ross ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 8, 2008, the Magistrate Judge filed a Finding and Recommendation herein which was served on Plaintiff and which contained notice to Plaintiff that any Objection was to be filed within thirty days. Plaintiff filed an Objection on June 2, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Finding and Recommendation to be supported by the record and by proper analysis. As explained by the Magistrate Judge, the purpose of a preliminary injunction is to preserve the status quo if the balance of equities so heavily favors the moving party that justice requires the court to intervene to secure the positions until the merits of the action are ultimately determined. University of Texas v. Camenisch, 451 U.S. 390, 395 (1981). A preliminary injunction is available to a plaintiff who "demonstrates either (1) a combination of probable success and the possibility of

irreparable harm, or (2) that serious questions are raised and the balance of hardship tips in its favor." Arcamuzi v. Continental Air Lines, Inc., 819 F. 2d 935, 937 (9th Cir. 1987). Under either approach the plaintiff "must demonstrate a significant threat of irreparable injury." Id.   Here, Plaintiff's objections still fail to provide sufficient evidence of irreparable injury.

Accordingly, IT IS HEREBY ORDERED that:

1. The Finding and Recommendation, filed May 8, 2008, is adopted in full; and
2. Plaintiff's motion for preliminary injunctive relief, filed March 3, 2008, is DENIED.

IT IS SO ORDERED.

**Dated:   June 24, 2008**                              /s/ Anthony W. Ishii
                                           UNITED STATES CHIEF DISTRICT JUDGE