# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN R. ROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM MCGUINNESS, M.D., et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-00306-AWI-GSA PC<br><br>ORDER ADOPTING FINDING AND RECOMMENDATION, AND DISMISSING EQUAL PROTECTION CLAIM AND DEFENDANT TERCERO FROM ACTION<br><br>(Doc. 12) |

    Plaintiff Alvin R. Ross ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 25, 2008, the Magistrate Judge filed a Finding and Recommendation herein which was served on Plaintiff and which contained notice to Plaintiff that any Objection was to be filed within fifteen days. No Objection was filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Finding and Recommendation to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Finding and Recommendation, filed September 25, 2008, is adopted in full;

///

///

///

2. This action shall proceed on Plaintiff's complaint, filed March 3, 2008, against Defendants McGuinness, Smith, and Kim for violation of the Eighth Amendment and negligence under California law;

3. Plaintiff's equal protection claim is dismissed for failure to state a claim; and

4. Defendant Tercero is dismissed based on Plaintiff's failure to state any claims against him.

IT IS SO ORDERED.

**Dated:   November 7, 2008**                    /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE