IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alvin R. Ross, | No. 1:08-CV-306-MHM |
| Plaintiff, | **ORDER** |
| vs. | |
| William McGuinness, et al., | |
| Defendants. | |

The Court is in receipt of the Plaintiff's Motion for a Timeline to Conduct Discovery,

IT IS HEREBY ORDERED granting the motion [doc. 24]. Scheduling Order will follow.

DATED this 6th day of February, 2009.

_____
Mary H. Murguia
United States District Judge