IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alvin R. Ross,<br><br>           Plaintiff,<br><br>vs.<br><br>William McGuinness, et al.,<br><br>           Defendants. | No. CV-1-08-00306-MHM<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motion Declaring Admissions Admitted (Doc. # 29) and Motion Requesting Court Intervention and to Exceed Discovery Limitation Time Period (Doc. # 31).  Defendants having not filed responsive pleadings,

**IT IS ORDERED** directing Defendants to file a Response to each of the above-mentioned motions within 21 days of the filing of this Order.

DATED this 16th day of June, 2009.

_____
Mary H. Murguia
United States District Judge