IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alvin R. Ross,<br><br>    Plaintiff,<br><br>vs.<br><br>William McGuinness, et al.,<br><br>    Defendants. | No. CV-1-08-00306-MHM<br><br>**ORDER** |

Plaintiff has informed the Court of his desire to participate in mediation with Magistrate Judge Kellison. (Doc. # 45). Accordingly,

**IT IS ORDERED** directing Defendants to inform the Court within 7 days of the filing of this Order whether they consent to mediation in this case so that the Court may refer the matter to Magistrate Kellison for a settlement conference.

DATED this 17th day of August, 2009.

_____
Mary H. Murguia
United States District Judge